**No. 11-6582. James Carl Miller, Petitioner v. South Carolina.**

565 U.S. 1066, 132 S. Ct. 774, 181 L. Ed. 2d 496, 2011 U.S. LEXIS 8584.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 393 S.C. 248, 713 S.E.2d 253.